**Burn'ard HUNTER, Plaintiff–**
**Appellant,**

v.

**Ronald J. ANGELONE; Page True,**
**Warden; Warden Braxton,**
**Defendants–Appellees.**

No. 02–7002.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

Burn'ard Hunter, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior District Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Burn'ard Hunter appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have re-

viewed the record and the district court's order and agree that Hunter's complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Hunter v. Angelone*, No. CA–01–793 (W.D.Va. June 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*